## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02151-REB

HARVEY NELSON,

    Applicant,

v.

TRAVIS TRANI, WARDEN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondents.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (Dkt. No. 32)** of Judge Robert E. Blackburn entered on September 3, 2015. It is

    ORDERED that the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [#1]** filed by Applicant Harvey Nelson is **DENIED**; it is further

    ORDERED that this case is **DISMISSED WITH PREJUDICE**; it is further

    ORDERED that a certificate of appealability **SHALL NOT ISSUE** under 28 U.S.C. § 2253(c); and it is further

    ORDERED that leave to proceed *in forma pauperis* on appeal is **DENIED** without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

    Dated at Denver, Colorado this 3rd day of September, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney
K. Finney
Deputy Clerk